# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 13-14631-MDC

HARRY J KALAMON
SYLVIA M KALAMON
864 E. SCHUYLKILL ROAD

POTTSTOWN, PA 19465-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

HARRY J KALAMON
SYLVIA M KALAMON
864 E. SCHUYLKILL ROAD

POTTSTOWN, PA 19465-

Counsel for debtor(s), by electronic notice only.

ROBERT L STAUFFER
635 HIGH ST
P.O. BOX 657
POTTSTOWN, PA 19464-

                    /S/ William C. Miller

Date: 2/28/2017
                  _____

                  William C. Miller, Esquire
                  Chapter 13 Standing Trustee