Certificate Number: 06531-PAE-DE-030868976

Bankruptcy Case Number: 13-14631



06531-PAE-DE-030868976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 12, 2018, at 2:25 o'clock PM CDT, Sylvia M Kalamon completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 12, 2018            By:   /s/Connie Krosch

                                  Name: Connie Krosch

                                  Title: Certified Credit Counselor