Certificate Number: 06531-PAE-DE-030868977

Bankruptcy Case Number: 13-14631



06531-PAE-DE-030868977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 12, 2018</u>, at <u>2:25</u> o'clock <u>PM CDT</u>, <u>Harry J Kalamon</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 12, 2018</u>      By:    <u>/s/Connie Krosch</u>

Name:  <u>Connie Krosch</u>

Title:  <u>Certified Credit Counselor</u>