United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-14631-mdc
Harry J Kalamon                                                       Chapter 13
Sylvia M Kalamon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD            Page 1 of 2            Date Rcvd: Aug 10, 2018
                               Form ID: 138NEW           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db/jdb         +Harry J Kalamon,    Sylvia M Kalamon,    864 E. Schuylkill Road,    Pottstown, PA 19465-1231
13063265       +Allison F. Zuckerman, Esq.,    Phelan, Hallinan, LLP,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
13063267        Best Buy Reward Zone - Mastercard,    P.O. Box 71104,    Charlotte, NC 28272-1104
13165815       +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk VA 23541-0907
13063271      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Exxon/Mobil,    Processing Center,    Des Moines, IA 50361-0001)
13063269       +CU Members Mortgage, A Division of,    Colonial Savings, F.A.,    2626 West Freeway,
                 P.O. Box 2988,    Fort Worth, TX 76113-2988
13075566       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13063270        Diamond Credit Union,    P.O. Box 37803,    Philadelphia, PA 19101-0603
13063274       +Pottstown Tax Collector,    P.O. Box 432,    Lititz, PA 17543-0432
13063276        Sunoco, Inc.,    P.O. Box 689155,    Des Moines, IA 50368-9155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2018 02:18:50
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13176990       +E-mail/Text: bncmail@w-legal.com Aug 11 2018 02:22:52     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13063266        E-mail/Text: bankruptcy@sccompanies.com Aug 11 2018 02:21:45     Ameri Mark Premier,
                 P.O. Box 2845,    Monroe, WI 53566-8045
13109350       +E-mail/Text: bankruptcy@sccompanies.com Aug 11 2018 02:21:45     Amerimark,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13063268        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 11 2018 02:18:49
                 Capital One Bank (USA) N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13109349       +E-mail/Text: bankruptcy@sccompanies.com Aug 11 2018 02:21:45     DR Leonards Shop Now,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13063272        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:22:02     Haband,    P.O. Box 659707,
                 San Antonio, TX 78265-9707
13063273        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2018 02:18:53     Lowe's,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13150035        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2018 02:19:41
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13104729        E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2018 02:22:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13063275       +E-mail/Text: bankruptcy@sccompanies.com Aug 11 2018 02:21:45     Shop New Pay Plan,
                 P.O. Box 2852,    Monroe, WI 53566-8052
13063277       +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2018 02:18:53     Walmart Credit Card,
                 P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13330622*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD               Page 2 of 2                   Date Rcvd: Aug 10, 2018
                              Form ID: 138NEW              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    CU Members Mortgage, a Division of Colonial Savings
           F.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ROBERT L. STAUFFER    on behalf of Joint Debtor Sylvia M Kalamon rstaufferlaw@aol.com
          ROBERT L. STAUFFER    on behalf of Debtor Harry J Kalamon rstaufferlaw@aol.com
          THOMAS I. PULEO    on behalf of Creditor    CU Members Mortgage, a Division of Colonial Savings
           F.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Harry J Kalamon and Sylvia M Kalamon

        Debtor(s)                                        Bankruptcy No: 13−14631−mdc

                                                               Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                      For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court

Dated: 8/10/18

                                                      45 − 44
                                                    Form 138_new