United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Harry J Kalamon  
Sylvia M Kalamon  
      Debtors

Case No. 13-14631-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Sep 21, 2018  
                      Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.  
db/jdb      +Harry J Kalamon,   Sylvia M Kalamon,   864 E. Schuylkill Road,   Pottstown, PA 19465-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:  
      ANDREW F GORNALL   on behalf of Creditor   CU Members Mortgage, a Division of Colonial Savings F.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      ROBERT L. STAUFFER   on behalf of Joint Debtor Sylvia M Kalamon rstaufferlaw@aol.com  
      ROBERT L. STAUFFER   on behalf of Debtor Harry J Kalamon rstaufferlaw@aol.com  
      THOMAS I. PULEO   on behalf of Creditor   CU Members Mortgage, a Division of Colonial Savings F.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Harry J Kalamon and Sylvia M Kalamon                               : Case No. 13−14631−mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , 21st of September 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

54
Form 195